UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL G. POHL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 1:13-cv-00616-JMS-MJD |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) ) |
| Defendant. | ) |

**Entry Denying Petition for Immediate Interlocutory Ruling**

On March 19, 2014, this action was remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g). On November 19, 2014, the plaintiff filed a petition for immediate interlocutory ruling [dkt. 42] in which he requests that the Court rule on a couple of his concerns.

Under sentence four, the Court may remand for further proceedings by issuing "a judgment affirming, modifying, or reversing" the Commissioner's decision. 42 U.S.C. § 405(g). "When a 'sentence four' remand is entered the case is over in the district court…." *Richmond v. Chater,* 94 F.3d 263, 268 (7th Cir. 1996). This Court now lacks jurisdiction over this case. *See Shalala v. Schaefer*, 509 U.S. 292, 299-300 (1993); *Smith v. Halter,* 246 F3d. 1120, 1122 (8th Cir. 2001) ("A district court may not retain jurisdiction over a case remanded to the Commissioner pursuant to sentence four of § 405(g)").

The Court lacks jurisdiction to consider the issues raised in the plaintiff's petition for immediate interlocutory ruling, and therefore, that petition/motion [dkt. 42] must be **denied.**

**IT IS SO ORDERED.**

Date: December 19, 2014

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically registered counsel

Michael G. Pohl
11080 Innisbrooke Lane
Fishers, IN 46037